1  **LAW OFFICES OF ODION L. OKOJIE**
   Odion L. Okojie, SBN: 164931
2  880 West First Street, Suite 313
   Los Angeles, CA 90012
3  Telephone: (213) 626-4100                             JS - 6
   Telefax: (213) 626-6900
4  Email: Okojielaw@aol.com

5  **DAVID IYALOMHE & ASSOCIATES**
   David Iyalomhe, SBN: 222396
6  880 West First Street, Suite 313
   Los Angeles, CA 90012
7  Telephone: (213) 626-4100
   Telefax: (213) 626-6900
8  Email: david@doialaw.com

9  Attorneys for Plaintiff: CAMI HERFEH, an individual

10 **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
   Vince M. Verde, SBN: 202472
11 Richard Y. Chen, SBN: 225392
   Park Tower, Suite 1500
12 695 Town Center Drive
   Coasta Mesa, CA 92626
13 Telephone: (714) 800-7900
   Telefax: (714) 754-1298
14 Email: vince.verde@ogletreedeakins.com
   Email: richard.chen@ogletreedeakins.com

15 Attorneys for Defendant: CHUBB SERVICES CORPORATION

16                    UNITED STATES DISTRICT COURT

17                    CENTRAL DISTRICT OF CALIFORNIA

18 | CAMI HERFEH, an individual; | ) CASE NO: 2:14-cv-05203-RGK-(RZx) |
|---|---|
| | ) Assigned to Hon. R. Gary Klausner |
| | ) Court Room: 850 (Roybal Federal |
| | ) Building and Courthouse) |
| PLAINTIFFS, | ) [Proposed] **ORDER RE:** |
| vs. | ) **JOINT STIPULATION FOR** |
| | ) **DISMISSAL OF ACTION** |
| | ) **FOLLOWING SETTLEMENT** |
| CHUBB SERVICES CORPORATION, | ) |
| A Business Entity authorized to conduct | ) |
| Business in the State of California; CHUBB SONS, | ) Final Pre-Trial Conf: April 27, 2015 |
| INC., doing business as CHUBB GROUP OF | ) Time: 9:00 A.M. |
| INSURANCE COMPANIES, A Business Entity | ) |
| authorized to conduct business in the State of | ) Trial Date: May 5, 2015 |
| California; EDITH HADDAD, An Individual; | ) Time: 9:00 A.M. |
| and DOES 1 through 20, inclusive | ) |
| DEFENDANTS. | ) |
| _____ | ) |

                          [Proposed] **ORDER**

---

[Proposed] ORDER Re: Joint Stipulation for Dismissal of Entire Action following Settlement                    1

1    Pursuant to the stipulation of the parties, it is hereby ordered that the above-captioned
2    matter is DISMISSED with prejudice, without costs against any party, and the court retains
3    jurisdiction to enforce the settlement agreements between the parties.

Dated: April 28, 2015

_____
The Honorable R. Gary KLAUSNER,
United States District Court Judge